IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No. CR 06-30ML |
| | ) In Violation of 8 U.S.C. |
| | ) §§ 1326(a) and (b)(2) |
| | ) |
| MARCOS ANTONIO MORAN | ) |
| aka "Mario Paz" | ) |

**INDICTMENT**

The Grand Jury charges that:

On or about February 14, 2006, Defendant MARCOS ANTONIO MORAN-PAZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

____________________________
Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney

Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U.S. Attorney

DATE 3/1/06