AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MARCOS ANTONIO MORAN
a/k/a Mario Paz

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-30 ML

RECEIVED
MAR 0 1 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Marcos Antonio Moran
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Re-entry

in violation of
Title 8 United States Code, Section(s) 1326(a) and (b)(20

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 1, 2006, Providence, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Central Falls, RI by ICE | | |
| DATE RECEIVED 03/01/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/07/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.