UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR06-0030-01ML
)
MARCOS ANTONIO MORAN )

MOTION TO FILE SENTENCING MOTIONS AND MEMORANDA OUT OF TIME

Now comes Marcos Antonio Moran, the Defendant in the above captioned matter, and requests this Honorable Court to accept his sentencing motions and memoranda out of time. Local Rule of Criminal Procedure 32 (2006) requires submission of these items no later than one week before the sentencing date. Counsel received the translation of two Honduran official documents at the close of business on Thursday, July 6, 2006, and was therefore unable to submit these motions until this morning, Friday, July 7, 2006.

Granted.
Mary M. Lisi
USDJ 7/7/06

Respectfully Submitted
Marcos Antonio Moran,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Terrence Donnelly, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Kurt O'Sullivan, 36 Exchange Terrace, Providence 02903 on this the 7 day of July, 2006.