UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0030-01ML |
| | ) | |
| MARCOS ANTONIO MORAN | ) | |

---

MOTION FOR DOWNWARD DEPARTURE

Now comes Marcos Antonio Moran, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to U.S.S.G. § 4A1.3(b)(1), to depart downward from the advisory guideline range based on the overstatement of Mr. Moran's criminal history. Attached is Mr. Moran's memorandum in support of this motion.

Respectfully Submitted
Marcos Antonio Moran,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Terrence Donnelly, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Kurt O'Sullivan, 36 Exchange Terrace, Providence 02903 on this the 7 day of July, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0030-01ML |
| | ) | |
| MARCOS ANTONIO MORAN | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE

Marcos Antonio Moran, the Defendant in the above captioned matter, has moved this Court to depart downward pursuant to U.S.S.G. § 4A1.3(b)(1). According to the guidelines, the PSR set Mr. Moran's criminal history category at III based on 6 points from two 1999 convictions. Section 4A1.3(b)(1) states:

> If reliable information indicates that the defendant's criminal history category substantially over-represents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes, a downward departure may be warranted.

Mr. Moran has no other meaningful contacts with the criminal justice system. While his convictions were for felony offenses, car theft and breaking and entering, they are also over six years old. He committed the two offenses in a two month period near his 20th birthday. More importantly, he has shown his likelihood of re-offending is practically nil. He has been back in the United States for approximately three years and has not committed any substantial offenses. For these reasons the guidelines overstate the seriousness of Mr. Moran's criminal record. The Court should grant this motion and depart downward from the advisory guideline range in the PSR.

Respectfully Submitted
Marcos Antonio Moran,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Terrence Donnelly, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Kurt O'Sullivan, 36 Exchange Terrace, Providence 02903 on this the 7 day of July, 2006.