UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0030-01ML |
| | ) | |
| MARCOS ANTONIO MORAN | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Marcos Antonio Moran, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Moran pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Mr. Moran proposes a sentence between 18 and 30 months of incarceration will be sufficient in this case to satisfy the purposes of sentencing. Attached is Mr. Moran's memorandum in support of this motion.

Respectfully Submitted
Marcos Antonio Moran,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Terrence Donnelly, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Kurt O'Sullivan, 36 Exchange Terrace, Providence 02903 on this the 7 day of July, 2006.